**SEALED**



FILED
Feb 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
ALEXANDRE M. DEMPSEY
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00054-DAD-BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JASON VERTZ, AND ALANA POWERS, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 25, 2021, charging the above defendants with a violation of 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the

///

///

Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: February 25, 2021					Respectfully submitted,

							McGREGOR W. SCOTT
							United States Attorney

						By	/s/ ALEXANDRE M. DEMPSEY
							ALEXANDRE M. DEMPSEY
							Assistant U.S. Attorney


       IT IS SO ORDERED.

Dated:  February 25, 2021

							_____
							STANLEY A. BOONE
							U.S. Magistrate Judge