PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE M. DEMPSEY
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON VERTZ<br>and ALANA POWERS,<br><br>Defendant. | CASE NO. 1:21-CR-00054-DAD-BAM<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, SEARCH WARRANT, AND OTHER COURT FILINGS |

The United States hereby moves this Court to unseal the Indictment, Arrest Warrant, and other court filings in this case. The out-of-custody defendant was arrested on March 1, 2021 in Fresno, California and will make his initial appearance on March 2, 2021. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against him.

DATED: March 2, 2021

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                */s/ Alexandre Dempsey*
                                                ALEXANDRE DEMPSEY
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:21-CR-00054-DAD-BAM |
| Plaintiff, ) | **UNSEALING ORDER** |
| v. ) | |
| JASON VERTZ ) and ALANA POWERS, ) | |
| Defendant. ) | |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **March 2, 2021**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

2